

**Entered on Docket**
**February 16, 2011**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BKS-10-33780-BAM<br>Chapter 13 |
| JAMIE RICKABAUGH, | |
| Debtor. | |

### ORDER DISMISSING CHAPTER 13
### CASE PURSUANT TO SECTION 521(i)

As the above-captioned Debtor has not complied with 11 U.S.C § 521(i) in that the Debtor has not

filed Schedules A through J. The Debtor has also failed to file the Statement of Financial Affairs. The 45 day

period expired on February 7, 2011.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under chapter 13 is

DISMISSED for the Debtor's failure to comply with 11 U.S.C. § 521(i).

///

1    **IT IS FURTHER ORDERED** that Trustee shall be allowed administrative expenses in the amount

2    of $150.00 per quarter that case is pending.

3        DATED this 15th day of February, 2011.

4

5    Submitted by:

6

7    _____
     MARIANNE GATTI, ESQ.
     Nevada Bar No. 7717
8    701 Bridger Ave., Suite 820
     Las Vegas, NV 89101
9    Attorney for RICK A. YARNALL,
     Chapter 13 Bankruptcy Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23                            ###